No. 134. SANTA RITA MINING COMPANY, PLAINTIFF IN ERROR, *v.* JAMES N. UPTON. In error to the Supreme Court of the Territory of New Mexico. March 18, 1909. Dismissed

with costs, pursuant to the tenth rule. *Mr. W. B. Childers* for plaintiff in error. No appearance for appellee.